JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDY MEDRANO, | ) Case No. CV 17-6956-DMG (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| WARREN L. MONTGOMERY, | ) |
| Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 22, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE